# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| AMELIA WIEAND and ENRIQUE OREJUELA, as parents, next of kin and next friends of their minor daughter, E.Gr.O., deceased, and their minor son, E.Ga.O., deceased,<br>*Plaintiff(s)*<br>v.<br>JENNIFER SALLEY,<br>*Defendant(s)* | Civil Action No. 3:19-cv-174 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JENNIFER SALLEY
Serve: Joshua Hedrick, Esq.
Whitt, Cooper, Trant & Hedrick
607 Market Street, Suite 1100
Knoxville, TN 37902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wayne A. Ritchie II
James R. Stovall
Samantha Warchol
Ritchie Dillard, Davies & Johnson, P.C.
606 W. Main St., Suite 300
Knoxville, Tennessee 37902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/13/19

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Salley

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On May 13, 2019, I delivered the summons and complaint to Madeline Hite, an agent of Joshua Hedrick, an attorney for Ms. Salley, who agreed to accept service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/14/2019

William Babb
*Server's signature*

William Babb, Investigator
*Printed name and title*

606 W. Main St., Ste. 300, Knoxville, TN 37902
*Server's address*

Additional information regarding attempted service, etc: